**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | | |
|---|---|---|
| ERIC FLOWERS, | * | |
| *Reg. # 137184* | * | |
| | * | |
| Petitioner, | * | |
| v. | * | |
| | * | No. 5:11-cv-00245-SWW-JJV |
| RAY HOBBS, *Director, Arkansas* | * | |
| *Department of Correction* | * | |
| | * | |
| Respondent. | * | |

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Mr. Flowers's Petition (Doc. No. 2) is DISMISSED with prejudice.

SO ORDERED this 20th day of April, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE